# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

160619

ROBIN SAKOFSKE, as Personal Representative
of the ESTATE OF JOHN SAKOFSKE,
           Plaintiff-Appellant,

v

HEATHER LOUISE GERING, COUNTY OF
WAYNE, and WAYNE COUNTY DEPARTMENT
OF PUBLIC SERVICES, d/b/a WAYNE COUNTY
ROADS DIVISION,
           Defendants-Appellees.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC:  160619
COA:  342714
Wayne CC:  16-001084-NI

On order of the Court, the application for leave to appeal the October 22, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020

Clerk

t1118